IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ENEAS WALDEMAR ORTEGA-VARGAS,
A# 212–909–939,

    Petitioner,

v.                                                4:20cv493–WS/MAF

WILLIAM BARR, et al.,

    Respondents.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed October 20, 2020. The magistrate judge recommends that the action be transferred to the United States District Court for the Western District of Louisiana. Petitioner has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is adopted and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court for the Western District of Louisiana, Alexandria Division, for all further proceedings.

DONE AND ORDERED this ___19th___ day of ___November___, 2020.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE